# United States Court of Appeals
## For the First Circuit

No. 18-1150

TORIBIO ROJAS-MEDINA,

Petitioner, Appellant,

v.

UNITED STATES OF AMERICA,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this court issued on May 16, 2019, is amended as follows:

On page 18, line 23, the "s" in "United States" is underlined.